IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHEREE LINDA MCCUBBIN, | ) |
| Petitioner, | ) |
| v. | ) Case No. 06-4110-CV-C-NKL |
| MICHAEL DALE MCCUBBIN, | ) |
| Respondent. | ) |

ORDER TO APPEAR

Sheree Linda McCubbin has filed a Petition for Return of Children under the Hague Convention on the Civil Aspects of International Child Abduction [Doc. # 1]. It is hereby

ORDERED that Respondent Michael Dale McCubbin is to appear before the United States District Court at 131 W. High Street, Jefferson City, Missouri 65101, at 1:30 p.m., on Monday, June 12, 2006, for a hearing on the Petition, together with the minor children, Teagan Ann McCubbin and Braiden Dean McCubbin. It is further

ORDERED that Respondent shall not remove the minor children from this jurisdiction prior to the hearing on June 12.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: May 24, 2006
Jefferson City, Missouri

Dockets.Justia.com